# O'CONNOR ♦ O'CONNOR ♦ BRESEE ♦ FIRST PC
### ATTORNEYS AND COUNSELORS AT LAW

February 15, 2011

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:  Nac's Racing Motorsports, Inc.
     Chapter 7 - Case No. 08-10742

Dear Clerk:

My office recently sent a check in the sum of $8.85 with regard to the disbursement of the above referenced case. The claims involved were as follows: (1) claim number 4 filed by Houser, 173 Oak Street, Marion, Ohio, 43302 - $4.88; and (2) claim number 6 filed by LRD Performance, P.O. Box 2987, Wilsonville, Oregon, 97070 - $3.97.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

O'CONNOR, O'CONNOR,
BRESEE & FIRST, P.C.

By: Michael J. O'Connor

---

20 Corporate Woods Boulevard ♦ Albany, New York 12211
telephone: (518) 465-0400 ♦ facsimile: (518) 641-7000 ♦ www.oobf.com